**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT SHAWN PRICE,** | : | **Civil No. 1:25-CV-104** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | |
| **v.** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **FRANK BISIGNANO,** **Commissioner of Social Security,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>ORDER</u>**

Accordingly, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

So ordered this 28th day of October 2026.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge